JAMES HARRAN, PROSECUTOR, v. FORD MOTOR COMPANY, DEFENDANT.

Argued October 1, 1935—Decided October 15, 1935.

Before Justices PARKER, CASE and BODINE.

For the prosecutor, *Harold Krieger.*

For the defendant, *Herbert R. Baer.*

PER CURIAM.

At the argument, the judges were clearly of opinion that the judgment of the Common Pleas affirming the finding for defendant in the bureau should be in turn affirmed; but counsel for prosecutor asked, and was allowed time to submit a reply brief, which was duly received and has been duly considered, without working any change in the original view taken by the court.

The judgment of the pleas is therefore affirmed, with costs.